

# NUMBER 13-24-00624-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

CITY OF SAN BENITO, TEXAS,                                          Appellant,

v.

VARCO REAL ESTATE SAN BENITO, LLC,                          Appellee.

## ON APPEAL FROM THE 107TH DISTRICT COURT
## OF CAMERON COUNTY, TEXAS

## MEMORANDUM OPINION

**Before Justices Silva, Peña, and Cron**
**Memorandum Opinion by Justice Silva**

This matter is before the Court on appellee Varco Real Estate, LLC's motion to dismiss the appeal for mootness. Appellant City of San Benito, Texas filed an appeal from an interlocutory order denying its plea to the jurisdiction in trial court cause number 2024-DCL-06823. On February 14, 2025, appellee nonsuited all the claims against appellant without prejudice. Appellant does not oppose appellee's motion to dismiss.

Having considered the motion to dismiss for mootness, we are of the opinion that appellee's motion should be granted. *See* TEX. R. APP. P. 42.3(a). Therefore, the motion to dismiss for mootness is granted, and the appeal is hereby dismissed. Costs will be taxed against the appellant. Because the appeal is dismissed at the appellee's request, no motion for rehearing will be entertained.

CLARISSA SILVA
Justice

Delivered and filed on the
20th day of February, 2025.